KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN VEGA-RAMOS,<br><br>    Defendant. | No. CR 05-00362 WHA<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 5, 2005 TO JULY 26, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on July 5, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a motions hearing date of September 6, 2005, at 2:00 p.m., before the Honorable William H. Alsup, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 5, 2005 to July 26, 2005, the motions filing deadline. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION AND ORDER
CR 05-00362 WHA

1    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 5, 2005 to July 26, 2005, outweigh the best interest of the public and the defendant in a speedy trial. <u>Id.</u> § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 5, 2005 to July 26, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled a motions hearing date of September 6, 2005, at 2:00 p.m., before the Honorable William H. Alsup.

    IT IS SO STIPULATED.

DATED: _____                               /S/
                                                              CHRISTINE S. WATSON
                                                              Special Assistant United States Attorney

DATED: _____                               /S/
                                                              JOSH COHEN
                                                              Attorney for Juan Vega-Ramos

    IT IS SO ORDERED.

DATED: July 12, 2005                                  _____
                                                                HON. WILLIAM H. ALSUP
                                                                United States District Judge

(Court seal: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District of California)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 5, 2005 TO JULY 26, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

        **Via Hand Delivery**

**JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2005

                                         /S/
                                Ponly J. Tu
                                Legal Assistant (Immigration)
                                United States Attorney's Office

STIPULATION AND ORDER
CR 05-00362 WHA                              3