KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

WILLIAM I. SHOCKLEY (CTJN 057465)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile:  (415) 436-7234
william.i.shockley@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN VEGA-RAMOS,<br><br>　　　　Defendant. | No.  CR 05–00362 WHA<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING MOTIONS HEARING DATE FROM SEPTEMBER 6, 2005 TO SEPTEMBER 13, 2005 |

On July 26, 2005 defendant filed a Motion to Dismiss the Indictment and Motion to Suppress Statements.  Opposition by the Government is due on August 9, 2005 and the hearing is set for September 6, 2005.

This case was recently assigned to Assistant United States Attorney William I. Shockley, who, shortly thereafter was out of the office for scheduled annual leave from July 29, 2005 to August 8, 2005.  Since returning to the office on August 8, AUSA Shockley has been on duty for the United States Attorney's Office, and has been actively preparing for trial before Judge Patel in United States v. Barry Nufeld, CR 05-00245 MHP, and meeting deadlines in other cases. Accordingly, the government sought defendant's stipulation for extension of time and

respectfully requests this court grant the extension based upon this stipulation and the reasons set forth herein.

The parties hereby stipulate and agree that the government's responses may be filed on or before August 23, 2005; the defendant's reply may be filed on or before August 30, 2005, and the hearing shall be held on September 13, 2005 at 2:00 P.M.

SO STIPULATED

DATED: Aug 9, 2005

_____
WILLIAM I. SHOCKLEY
Assistant United States Attorney

Stip1 ext vega

DATED: Aug 10, 2005

_____
JOSH COHEN
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8-15-05

_____
WILLIAM ALSUP
United States District Judge

MOTION FOR EXTENSION OF TIME
AND PROPOSED ORDER
CR 05-00362 WHA                                                 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

            Plaintiff,

v.

Vega-Ramos et al,

            Defendant.
_____/

Case Number: CR05-00362 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Shockley
Office of the U.S. Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Dated: August 15, 2005

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk